```
        IN THE UNITED STATES DISTRICT COURT
     FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                  JACKSON DIVISION
```

UNITED STATES OF AMERICA

VS.                              CRIMINAL NO. 3:12-CR-2-DCB-LRA

THEODORE KENDRICK

<u>ORDER</u>

    BEFORE THE COURT is defendant's Motion for Reduction of Sentence **[docket entry 19]** based on the Fair Sentencing Act and Amendment 750 of the sentencing guidelines. The Court having considered said motion finds that this amendment took effect November 1, 2011, and this defendant was sentenced on June 19, 2012.  This defendant received the benefit of the Fair Sentencing Act at the time he was sentenced.

    IT IS THEREFORE ORDERED that this Motion for Reduction of Sentence is DENIED.

    SO ORDERED this the <u>18th</u> day of October, 2013.

<u>s/David Bramlette</u><br>
UNITED STATES DISTRICT JUDGE